**No. 10-651. Melrose, Inc., Petitioner v. City of Pittsburgh, Pennsylvania, et al.**

562 U.S. 1180, 131 S. Ct. 1008, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 731.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 613 F.3d 380.